IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-00365-MHT |
| | ) | (WO) |
| BRANDON MEGUIEL SALTER | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 103) filed on July 8, 2022.

On April 18, 2022, this court entered an amended preliminary order of forfeiture (Doc. 79) ordering defendant Brandon Meguiel Salter to forfeit his interest in a Smith and Wesson Shield 9mm caliber handgun and miscellaneous ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimant is the defendant. The government gave notice to the defendant in the indictment that it would seek the forfeiture of any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), any and all property constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of the offenses in violation of 21 U.S.C. § 841(a)(1), and any and all property used or intended to be used in any manner or part to commit and to facilitate the offenses in violation of 21 U.S.C. § 841(a)(1).

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established

the requisite nexus between the property and such offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A).

Accordingly, it is ORDERED that the motion for a final order of forfeiture is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Smith and Wesson Shield 9mm caliber handgun and miscellaneous ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 15th day of July, 2022.

   /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE